IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00049-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD SPENCER FAULK JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion for reconsideration of the denial without prejudice of his motion for ompassionate release, (Doc. No. 39), following his request for relief from the warden of his institution.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response within twenty-one (21) days of the entry of this Order.

Signed: December 23, 2020

Robert J. Conrad, Jr.
United States District Judge