IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00049-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONALD SPENCER FAULK JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of the defendant to reconsider the denial of compassionate release and for appointment of counsel. (Doc. Nos. 39, 45). However, the President granted him executive clemency, terminating his sentence of confinement as of December 22, 2024. (Doc. No. 47).

**IT IS, THEREFORE, ORDERED** that the defendant's motions, (Doc. Nos. 39, 45), are **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: January 6, 2025

Robert J. Conrad, Jr.
United States District Judge